1  Yvonne Arvanitis Fossati (SBN 161764)
   Sarine Chitilian (SBN 205595)
2  JACKSON LEWIS LLP
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   Tel:  (213) 689-0404
4  Fax: (213) 689-0430

5  Attorneys for Defendant
   HALLMARK AVIATION SERVICES, LP

6

```
                    FILED
          CLERK, U.S. DISTRICT COURT
                 FEB 28 2008
          CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY
```

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10 GLEN DESYLVA, an individual, KRIS    ) Case No.: CV06-2783 GPS (SHx)
   DHANAPHATANA, an individual,         )
11 SAKDA DHANAPHATANA, an               ) Assigned for all Purposes to the Honorable
   individual, and CHITRANGANI          ) George P. Schiavelli
12 VANDERWALL, an individual            )
                                        ) [PROPOSED] JUDGMENT
13              Plaintiffs              )
         vs.                            )
14 THAI AIRWAYS INTERNATIONAL           )
   PUBLIC COMPANY LIMITED, an entity,   )
15 HALLMARK AVIATION SERVICES,          )
   LP, an entity, MANIT                 )
16 CHAISUMUMARA, an individual,         )
   ALICE ARIYAPONGSE, an individual     )
17 and DOES 1 to 30, inclusive.         ) Complaint filed: March 28, 2006
                                        )
18              Defendants              )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

Case No. CV06-2783 GPS (SHx)                 1                    [PROPOSED] JUDGMENT

This action came on for hearing before the Court on September 10, 2007, the Honorable George P. Schiavelli presiding, on Defendants' Thai Airways International Public Company Limited, Hallmark Aviation Services, LP, Manit Chaisukumara and Alice Ariyapongse Joint Motion for Summary Judgment and/or Partial Summary Judgment. After reading and considering the papers filed in support of, and in opposition to, Defendants' Motion, including all of the admissible evidence, the issues having been duly heard and a decision having been duly rendered.

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiffs Glen Desylva, Kris Dhanaphatana, Sakda Dhanaphatana and Chitrangani Vanderwall shall take nothing on their complaint against Hallmark Services Aviation, LP, that this action be dismissed against Hallmark Services Aviation, LP on the merits, and that defendant Hallmark Aviation Services, LP recovers its costs of suit incurred herein.

Dated: 2/28, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF
CALIFORNIA